ORIGINAL

AO 121 (6/90)

| TO: | |
|---|---|
| Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | **REPORT ON THE FILING OR DETERMINATION OF AN ACTION OR APPEAL REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION | ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|---|
| DOCKET NO. | DATE FILED | United States District Court<br>Southern District of California<br>Edward J. Schwartz Courthouse<br>940 Front Street<br>San Diego, CA 92101-8900<br>'07 CV 2357 LAB POR |

| PLAINTIFF | DEFENDANT |
|---|---|
| ARISTA RECORDS LLC; ATLANTIC RECORDING CORPORATION; BMG MUSIC; CAPITOL RECORDS, INC.; ELEKTRA ENTERTAINMENT GROUP INC.; FONOVISA, INC.; INTERSCOPE RECORDS; LAFACE RECORDS LLC; MAVERICK RECORDING COMPANY; MOTOWN RECORD COMPANY, L.P.; PRIORITY RECORDS LLC; SONY BMG MUSIC ENTERTAINMENT; UMG RECORDINGS, INC.; VIRGIN RECORDS AMERICA, INC.; WARNER BROS. RECORDS INC.; and ZOMBA RECORDING LLC | DOES 1 - 43 |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | See Exhibit A, attached. | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading | |
|---|---|---|
| **COPYRIGHT REGISTRATION NO.** | **TITLE OF WORK** | **AUTHOR OF WORK** |
| 1 | | |
| 2 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached:

| COPY ATTACHED | WRITTEN OPINION ATTACHED | DATE RENDERED |
|---|---|---|
| ☐ Order ☐ Judgment | ☐ Yes ☐ No | |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

*U.S.G.P.O. 1982-374-279

Copy 1 – Upon initiation of action, mail this copy to Register of Copyrights.

# EXHIBIT A DOE LIST

| | |
|---|---|
| **Doe # 1** | **IP Address:** 64.217.183.115 2007-02-17 12:44:03 EST |
| **Doe # 2** | **IP Address:** 64.252.36.20 2007-08-22 13:35:45 EDT |
| **Doe # 3** | **IP Address:** 65.65.38.86 2007-08-20 22:16:28 EDT |
| **Doe # 4** | **IP Address:** 66.142.175.120 2007-08-22 00:51:13 EDT |
| **Doe # 5** | **IP Address:** 66.143.119.15 2007-08-21 23:32:46 EDT |
| **Doe # 6** | **IP Address:** 66.143.164.9 2007-02-20 06:35:22 EST |
| **Doe # 7** | **IP Address:** 68.73.53.59 2007-02-20 03:44:15 EST |
| **Doe # 8** | **IP Address:** 68.90.194.231 2007-08-20 22:16:15 EDT |
| **Doe # 9** | **IP Address:** 68.94.1.137 2007-08-20 23:20:39 EDT |
| **Doe # 10** | **IP Address:** 69.153.27.195 2007-08-22 13:06:01 EDT |
| **Doe # 11** | **IP Address:** 69.209.136.225 2007-02-20 04:56:05 EST |
| **Doe # 12** | **IP Address:** 69.226.119.100 2007-02-11 00:21:17 EST |
| **Doe # 13** | **IP Address:** 69.231.157.200 2007-02-09 00:45:25 EST |
| **Doe # 14** | **IP Address:** 69.233.5.90 2007-02-20 01:29:07 EST |
| **Doe # 15** | **IP Address:** 69.233.93.66 2007-02-17 12:32:32 EST |
| **Doe # 16** | **IP Address:** 69.237.238.181 2007-08-20 00:20:36 EDT |
| **Doe # 17** | **IP Address:** 69.238.93.134 2007-02-20 08:21:52 EST |
| **Doe # 18** | **IP Address:** 70.232.28.96 2007-02-21 12:54:09 EST |
| **Doe # 19** | **IP Address:** 70.240.120.59 2007-02-20 02:07:36 EST |
| **Doe # 20** | **IP Address:** 70.240.194.144 2007-08-22 12:35:20 EDT |

| | |
|---|---|
| **Doe # 21** | **IP Address:** 70.240.67.105 2007-02-20 03:05:34 EST |
| **Doe # 22** | **IP Address:** 70.247.115.226 2007-08-21 21:59:25 EDT |
| **Doe # 23** | **IP Address:** 70.251.84.239 2007-02-09 00:06:44 EST |
| **Doe # 24** | **IP Address:** 71.134.53.192 2007-08-22 21:48:10 EDT |
| **Doe # 25** | **IP Address:** 71.146.129.178 2007-08-20 23:11:48 EDT |
| **Doe # 26** | **IP Address:** 71.149.241.149 2007-02-20 01:45:24 EST |
| **Doe # 27** | **IP Address:** 75.12.119.72 2007-02-12 05:05:05 EST |
| **Doe # 28** | **IP Address:** 75.16.157.155 2007-02-20 09:09:08 EST |
| **Doe # 29** | **IP Address:** 75.18.161.28 2007-08-22 00:54:14 EDT |
| **Doe # 30** | **IP Address:** 75.21.168.118 2007-02-20 08:19:46 EST |
| **Doe # 31** | **IP Address:** 75.21.195.112 2007-02-20 06:48:03 EST |
| **Doe # 32** | **IP Address:** 75.21.82.185 2007-02-15 07:06:59 EST |
| **Doe # 33** | **IP Address:** 75.21.82.185 2007-02-15 07:09:32 EST |
| **Doe # 34** | **IP Address:** 75.22.29.155 2007-02-20 07:57:15 EST |
| **Doe # 35** | **IP Address:** 75.23.43.124 2007-08-21 01:25:03 EDT |
| **Doe # 36** | **IP Address:** 75.31.243.32 2007-02-20 01:15:29 EST |
| **Doe # 37** | **IP Address:** 75.35.243.212 2007-02-20 01:26:11 EST |
| **Doe # 38** | **IP Address:** 75.45.12.130 2007-08-19 22:58:32 EDT |
| **Doe # 39** | **IP Address:** 75.59.158.22 2007-02-18 16:40:02 EST |
| **Doe # 40** | **IP Address:** 76.212.200.222 2007-08-22 00:14:48 EDT |
| **Doe # 41** | **IP Address:** 76.214.161.182 2007-02-20 06:19:33 EST |
| **Doe # 42** | **IP Address:** 76.223.223.173 2007-08-21 23:16:20 EDT |
| **Doe # 43** | **IP Address:** 76.243.195.214 2007-08-19 22:59:39 EDT |

# EXHIBIT A

**IP Address:** 64.217.183.115 2007-02-17 12:44:03 EST **CASE ID#** 118668698

**P2P Network:** GnutellaUS **Total Audio Files:** 2197

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Warner Bros. Records Inc. | Erasure | Oh l'Amour | Wonderland | 69-758 |
| UMG Recordings, Inc. | Sting | Fields of Gold | Ten Summoner's Tales | 174-453 |
| Priority Records LLC | Ice Cube | Fuck Dying | The War Disc | 268-428 |
| Motown Record Company, L.P. | Lionel Richie | Penny Lover | Can't Slow Down | 49-235 |
| UMG Recordings, Inc. | Vince Gill | I Still Believe in You | I Still Believe in You (single) | 143-167 |
| UMG Recordings, Inc. | The Police | Wrapped Around Your Finger | Synchronicity | 44-862 |

# EXHIBIT A

**IP Address:** 64.252.36.20 2007-08-22 13:35:45 EDT **CASE ID#** 139858424

**P2P Network:** GnutellaUS **Total Audio Files:** 1962

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| UMG Recordings, Inc. | Ghostface | Ghostface | The Pretty Toney Album | 353-392 |
| Atlantic Recording Corporation | Trick Daddy | I'm A Thug | Thugs Are Us | 303-748 |
| Priority Records LLC | Snoop Dogg | Beautiful | Paid Tha Cost To Be Da Bo$$ | 324-295 |
| UMG Recordings, Inc. | Shania Twain | From This Moment On | Come On Over | 243-502 |
| SONY BMG MUSIC ENTERTAINMENT | Crossfade | Dead Skin | Crossfade | 354-126 |
| UMG Recordings, Inc. | Nirvana | Heart-Shaped Box | In Utero | 172-276 |
| Warner Bros. Records Inc. | Mike Jones | 5 Years From Now | Who Is Mike Jones? | 374-374 |
| BMG Music | SWV | Weak | It's About Time | 146-905 |
| Capitol Records, Inc. | Poison | Something To Believe In | Flesh and Blood | 119-355 |

# EXHIBIT A

**IP Address:** 65.65.38.86 2007-08-20 22:16:28 EDT **CASE ID#** 139673353

**P2P Network:** AresWarezUS **Total Audio Files:** 1260

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Arista Records LLC | Pink | God Is a DJ | Try This | 345-431 |
| SONY BMG MUSIC ENTERTAINMENT | Oasis | Morning Glory | (What's The Story) Morning Glory | 289-141 |
| Maverick Recording Company | Story of the Year | Page Avenue | Page Avenue | 340-938 |
| Virgin Records America, Inc. | Fountains of Wayne | Mexican Wine | Welcome, Interstate Managers | 335-616 |
| SONY BMG MUSIC ENTERTAINMENT | Aerosmith | Pink | Nine Lives | 246-031 |
| BMG Music | Tyrese | I Like Them Girls | 2000 Watts | 293-345 |
| Virgin Records America, Inc. | 30 Seconds To Mars | From Yesterday | A Beautiful Lie | 377-457 |
| BMG Music | Tyrese | Sweet Lady | Tyrese | 237-788 |
| SONY BMG MUSIC ENTERTAINMENT | John Mayer | Why Georgia | Room for Squares | 305-049 |
| SONY BMG MUSIC ENTERTAINMENT | Audioslave | Shadow on the Sun | Audioslave | 322-103 |

# EXHIBIT A

**IP Address:** 66.142.175.120 2007-08-22 00:51:13 EDT

**CASE ID#** 139798812

**P2P Network:** GnutellaUS

**Total Audio Files:** 493

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Elektra Entertainment Group Inc. | Yolanda Adams | In the Midst of It All | Mountain High Valley Low | 278-575 |
| SONY BMG MUSIC ENTERTAINMENT | Jagged Edge | He Can't Love You | J.E. Heartbreak | 288-396 |
| SONY BMG MUSIC ENTERTAINMENT | Kelly Rowland | Stole | Simply Deep | 309-147 |
| SONY BMG MUSIC ENTERTAINMENT | Destiny's Child | Soldier | Destiny Fulfilled | 363-786 |
| SONY BMG MUSIC ENTERTAINMENT | Heart | Break | Bebe Le Strange | 17-640 |
| UMG Recordings, Inc. | Mya | You | Moodring | 338-694 |
| UMG Recordings, Inc. | Nelly Furtado | Promiscuous | Promiscuous (single) | 391-618 |
| UMG Recordings, Inc. | Dru Hill | 5 Steps | Dru Hill | 227-760 |
| BMG Music | RL | Good Man | RL:Ements | 309-766 |
| Motown Record Company, L.P. | Brian McKnight | Back At One | Back At One (single) | 280-025 |

# EXHIBIT A

**IP Address:** 66.143.119.15 2007-08-21 23:32:46 EDT **CASE ID#** 139793408

**P2P Network:** GnutellaUS **Total Audio Files:** 1130

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Atlantic Recording Corporation | Twista | So Sexy | Kamikaze | 360-486 |
| SONY BMG MUSIC ENTERTAINMENT | Maxwell | Sumthin' Sumthin' | Maxwell's Urban Hang Suite | 221-404 |
| Interscope Records | Eminem | Ass Like That | Encore | 364-769 |
| Warner Bros. Records Inc. | Jaheim | Put That Woman First | Still Ghetto | 320-393 |
| LaFace Records LLC | Pink | There You Go | Can't Take Me Home | 279-958 |
| Virgin Records America, Inc. | Janet Jackson | You | The Velvet Rope | 261-516 |
| UMG Recordings, Inc. | Ludacris | Splash Waterfalls | Chicken-N-Beer | 347-129 |
| Priority Records LLC | Snoop Dogg | Beautiful | Paid Tha Cost To Be Da Bo$$ | 324-295 |
| UMG Recordings, Inc. | Young Jeezy | And Then What | And Then What | 375-085 |

# EXHIBIT A

**IP Address:** 66.143.164.9 2007-02-20 06:35:22 EST

**CASE ID#** 118969418

**P2P Network:** GnutellaUS

**Total Audio Files:** 413

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| UMG Recordings, Inc. | Scorpions | Still Loving You | Love At First Sting | 54-748 |
| Maverick Recording Company | Michelle Branch | Everywhere | The Spirit Room | 303-732 |
| Elektra Entertainment Group Inc. | Tracy Chapman | Give Me One Reason | New Beginning | 188-489 |
| Warner Bros. Records Inc. | Madonna | Frozen | Ray of Light | 252-818 |
| Atlantic Recording Corporation | Hootie & The Blowfish | Goodbye | Cracked Rear View | 193-960 |
| SONY BMG MUSIC ENTERTAINMENT | System of a Down | Aerials | Toxicity | 301-897 |
| SONY BMG MUSIC ENTERTAINMENT | Sade | By Your Side | Lovers Rock | 298-354 |
| Virgin Records America, Inc. | Smashing Pumpkins | 1979 | Mellon Collie and the Infinite Sadness | 183-904 |
| UMG Recordings, Inc. | U2 | Mysterious Ways | Achtung Baby | 139-599 |
| SONY BMG MUSIC ENTERTAINMENT | Mariah Carey | One Sweet Day | Daydream | 215-243 |

# EXHIBIT A

**IP Address:** 68.73.53.59 2007-02-20 03:44:15 EST **CASE ID#** 118951806

**P2P Network:** GnutellaUS **Total Audio Files:** 765

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| BMG Music | Lit | My Own Worst Enemy | A Place in the Sun | 264-272 |
| SONY BMG MUSIC ENTERTAINMENT | Celine Dion | My Heart Will Go On | Let's Talk About Love | 248-109 |
| UMG Recordings, Inc. | Nelly | Hot in Herre | Nellyville | 315-537 |
| UMG Recordings, Inc. | Aqua | Barbie Girl | Barbie Girl (single) | 240-665 |
| UMG Recordings, Inc. | Aqua | Back From Mars | Aquarius | 284-437 |
| SONY BMG MUSIC ENTERTAINMENT | Destiny's Child | Say My Name | The Writing's on the Wall | 268-936 |
| UMG Recordings, Inc. | Vanessa Carlton | A Thousand Miles | A Thousand Miles (single) | 306-656 |
| Warner Bros. Records Inc. | Faith Hill | Cry | Cry | 321-377 |
| Motown Record Company, L.P. | 98 Degrees | The Hardest Thing | 98 Degrees & Rising | 237-315 |

# EXHIBIT A

**IP Address:** 68.90.194.231 2007-08-20 22:16:15 EDT **CASE ID#** 139677860

**P2P Network:** GnutellaUS **Total Audio Files:** 129

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| BMG Music | Alan Jackson | A Woman's Love | High Mileage | 295-185 |
| UMG Recordings, Inc. | Nelly Furtado | Say It Right | Loose | 387-509 |
| Zomba Recording LLC | Bowling for Soup | Almost | A Hangover You Don't Deserve | 361-081 |
| Interscope Records | Eminem | Ass Like That | Encore | 364-769 |
| Warner Bros. Records Inc. | Mike Jones | Back Then | Who Is Mike Jones? | 374-374 |
| UMG Recordings, Inc. | George Strait | Cowboys Like Us | Honkytonkville | 333-733 |
| Zomba Recording LLC | Bowling for Soup | Girl All the Bad Guys Want | Drunk Enough to Dance | 315-978 |

# EXHIBIT A

**IP Address:** 68.94.1.137 2007-08-20 23:20:39 EDT **CASE ID#** 139679001

**P2P Network:** GnutellaUS **Total Audio Files:** 589

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Capitol Records, Inc. | Duran Duran | Come Undone | Duran Duran [The Wedding Album] | 278-777 |
| SONY BMG MUSIC ENTERTAINMENT | Blaque Feat. NSync | Bring It All To Me | Blaque | 267-457 |
| UMG Recordings, Inc. | 50 Cent | In da Club | In Da Club (single) | 323-562 |
| Capitol Records, Inc. | Duran Duran | Rio | Rio | 38-444 |
| UMG Recordings, Inc. | The Police | Every Breath You Take | Synchronicity | 44-862 |
| UMG Recordings, Inc. | The Police | Message In A Bottle | Regatta De Blanc | 13-166 |
| SONY BMG MUSIC ENTERTAINMENT | Marvin Gaye | Sexual Healing | Sexual Healing (single) | 38-850 |
| Arista Records LLC | Whitney Houston | I Will Always Love You | Bodyguard Soundtrack | 152-583 |
| SONY BMG MUSIC ENTERTAINMENT | Journey | Open Arms | Escape | 30-088 |

# EXHIBIT A

**IP Address:** 69.153.27.195 2007-08-22 13:06:01 EDT **CASE ID#** 139862861

**P2P Network:** GnutellaUS **Total Audio Files:** 173

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| BMG Music | Lonestar | Amazed | Lonely Grill | 187-003 |
| UMG Recordings, Inc. | Chamillionaire | Turn it Up | Turn It Up (single) | 384-540 |
| Warner Bros. Records Inc. | Blake Shelton | Nobody But Me | Blake Shelton's Barn & Grill | 359-309 |
| BMG Music | Kenny Chesney | Summertime | The Road and the Radio | 383-449 |
| UMG Recordings, Inc. | Young Jeezy | Soul Survivor | Let's Get It: Thug Motivation 101 | 375-159 |
| BMG Music | Alan Jackson | It's Five O'Clock Somewhere | Greatest Hits Volume II | 340-026 |
| BMG Music | Kenny Chesney | I Go Back | When The Sun Goes Down | 341-104 |
| Arista Records LLC | Brad Paisley | I'm Gonna Miss Her | Part II | 298-930 |
| BMG Music | Brad Paisley | Mud on the Tires | Mud on the Tires | 336-114 |

# EXHIBIT A

**IP Address:** 69.209.136.225 2007-02-20 04:56:05 EST **CASE ID#** 118958836

**P2P Network:** GnutellaUS **Total Audio Files:** 211

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| UMG Recordings, Inc. | Nirvana | Smells Like Teen Spirit | Smells Like Teen Spirit (single) | 134-601 |
| SONY BMG MUSIC ENTERTAINMENT | Ozzy Osbourne | Bark at the Moon | Bark At The Moon | 53-824 |
| Warner Bros. Records Inc. | Green Day | Minority | Warning | 288-352 |
| UMG Recordings, Inc. | Blink-182 | All the Small Things | Enema of the State | 279-826 |
| Warner Bros. Records Inc. | Green Day | Basket Case | Dookie | 185-457 |
| SONY BMG MUSIC ENTERTAINMENT | System of a Down | Forest | Toxicity | 301-897 |
| UMG Recordings, Inc. | Nirvana | Heart-Shaped Box | In Utero | 172-276 |
| UMG Recordings, Inc. | Guns N Roses | Paradise City | Appetite for Destruction | 85-358 |
| Capitol Records, Inc. | Billy Idol | White Wedding | Billy Idol | 39-673 |
| SONY BMG MUSIC ENTERTAINMENT | Judas Priest | Breaking the Law | British Steel | 20-171 |

# EXHIBIT A

**IP Address:** 69.226.119.100 2007-02-11 00:21:17 EST **CASE ID#** 117865396

**P2P Network:** GnutellaUS **Total Audio Files:** 408

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| UMG Recordings, Inc. | Method Man & Redman | How High | Blackout! | 271-723 |
| SONY BMG MUSIC ENTERTAINMENT | Shakira | Underneath Your Clothes | Laundry Service | 306-496 |
| SONY BMG MUSIC ENTERTAINMENT | Incubus | Wish You Were Here | Morning View | 306-181 |
| UMG Recordings, Inc. | The Cranberries | Zombie | Zombie (single) | 200-362 |
| Priority Records LLC | Snoop Dogg | Lay Low | Tha Last Meal | 317-638 |
| Priority Records LLC | Mack 10 | Backyard Boogie | Based on a true story | 191-356 |

# EXHIBIT A

**IP Address:** 69.231.157.200 2007-02-09 00:45:25 EST **CASE ID#** 117657037

**P2P Network:** AresWarezUS **Total Audio Files:** 226

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Interscope Records | Eminem | My Name Is | The Slim Shady LP | 262-686 |
| Warner Bros. Records Inc. | Linkin Park | In The End | Hybrid Theory | 288-402 |
| SONY BMG MUSIC ENTERTAINMENT | Michael Jackson | Thriller | Thriller | 41-965 |
| SONY BMG MUSIC ENTERTAINMENT | Michael Jackson | Billie Jean | Thriller | 41-965 |
| Warner Bros. Records Inc. | Madonna | Like a Virgin | Like a Virgin (single) | 58-389 |
| Interscope Records | Eminem | Marshall Mathers | The Marshall Mathers LP | 287-944 |
| SONY BMG MUSIC ENTERTAINMENT | Michael Jackson | Bad | Bad | 84-256 |

# EXHIBIT A

**IP Address:** 69.233.5.90 2007-02-20 01:29:07 EST **CASE ID#** 118939711

**P2P Network:** GnutellaUS **Total Audio Files:** 1414

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Virgin Records America, Inc. | Janet Jackson | You | The Velvet Rope | 261-516 |
| SONY BMG MUSIC ENTERTAINMENT | Sade | No Ordinary Love | Love Deluxe | 183-731 |
| Motown Record Company, L.P. | Boyz II Men | On Bended Knee | II | 196-004 |
| Elektra Entertainment Group Inc. | Bjork | Hyperballad | Telegram | 235-219 |
| Capitol Records, Inc. | Coldplay | Green Eyes | A Rush of Blood to the Head | 322-958 |
| UMG Recordings, Inc. | Lina Santiago | Feels So Good | Feels So Good | 225-517 |
| Capitol Records, Inc. | Radiohead | Kid A | Kid A | 289-381 |
| LaFace Records LLC | Outkast | Wheelz of Steel | Atliens | 233-296 |

# EXHIBIT A

**IP Address:** 69.233.93.66 2007-02-17 12:32:32 EST **CASE ID#** 118668630

**P2P Network:** GnutellaUS **Total Audio Files:** 2157

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| UMG Recordings, Inc. | Beck | Where It's At | Odelay | 222-917 |
| Warner Bros. Records Inc. | Prince | 1999 | 1999 (single) | 39-818 |
| UMG Recordings, Inc. | Dru Hill | 5 Steps | Dru Hill | 227-760 |
| Elektra Entertainment Group Inc. | The Cure | Love Song | Disintegration | 104-305 |
| LaFace Records LLC | Outkast | ATLiens | Atliens | 233-296 |
| SONY BMG MUSIC ENTERTAINMENT | Savage Garden | Break Me Shake Me | Savage Garden | 299-097 |
| Interscope Records | Truth Hurts | Addictive | Truthfully Speaking | 317-059 |
| Warner Bros. Records Inc. | Devo | Whip It | Freedom of Choice | 17-936 |
| UMG Recordings, Inc. | Jay-Z | Big Pimpin' | Life and Times of S. Carter, Vol. 3 | 279-270 |
| SONY BMG MUSIC ENTERTAINMENT | Cam'ron | What Means The World To You | S.D.E. | 269-850 |

# EXHIBIT A

**IP Address:** 69.237.238.181 2007-08-20 00:20:36 EDT **CASE ID#** 139604937

**P2P Network:** GnutellaUS **Total Audio Files:** 368

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Warner Bros. Records Inc. | Madonna | Borderline | Madonna | 46-877 |
| Warner Bros. Records Inc. | Linkin Park | Numb | Meteora | 346-247 |
| Interscope Records | Enrique Iglesias | Escape | Escape | 303-794 |
| Interscope Records | Eve | Let Me Blow Ya Mind | Scorpion | 293-364 |
| Warner Bros. Records Inc. | Blake Shelton | When Somebody Knows You That Well | When Somebody Knows You That Well (single) | 359-308 |
| SONY BMG MUSIC ENTERTAINMENT | Train | Train | Train | 298-334 |
| UMG Recordings, Inc. | LL Cool J | I Need Love | Bigger And Deffer | 83-510 |
| Elektra Entertainment Group Inc. | Keith Sweat | Twisted | Keith Sweat | 226-496 |
| UMG Recordings, Inc. | Nelly Furtado | Maneater | Loose | 387-509 |

# EXHIBIT A

**IP Address:** 69.238.93.134 2007-02-20 08:21:52 EST **CASE ID#** 118978688

**P2P Network:** GnutellaUS **Total Audio Files:** 1489

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Elektra Entertainment Group Inc. | Tamia | Go | A Nu Day | 293-084 |
| UMG Recordings, Inc. | U2 | Sunday Bloody Sunday | War | 42-944 |
| SONY BMG MUSIC ENTERTAINMENT | Maxwell | Sumthin' Sumthin' | Maxwell's Urban Hang Suite | 221-404 |
| Elektra Entertainment Group Inc. | Keith Sweat | Make It Last Forever | Make It Last Forever | 86-761 |
| Virgin Records America, Inc. | Janet Jackson | If | Janet | 174-392 |
| SONY BMG MUSIC ENTERTAINMENT | Destiny's Child | Survivor | Survivor | 289-199 |
| Elektra Entertainment Group Inc. | Keith Sweat | Nobody | Keith Sweat | 226-496 |
| SONY BMG MUSIC ENTERTAINMENT | Lauryn Hill | Sweetest Thing | The Miseducation of Lauryn Hill | 254-183 |

# EXHIBIT A

**IP Address:** 70.232.28.96 2007-02-21 12:54:09 EST

**CASE ID#** 119153302

**P2P Network:** AresWarezUS

**Total Audio Files:** 389

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| UMG Recordings, Inc. | Sum 41 | In Too Deep | All Killer No Filler | 298-689 |
| BMG Music | Tyrese | I Wanna Go There | I Wanna Go There | 322-486 |
| SONY BMG MUSIC ENTERTAINMENT | Korn | Blind | Korn | 201-939 |
| Warner Bros. Records Inc. | Disturbed | Believe | Believe | 316-958 |
| Atlantic Recording Corporation | Matchbox 20 | Real World | Yourself or Someone Like You | 227-755 |
| SONY BMG MUSIC ENTERTAINMENT | Korn | Falling Away from Me | Issues | 276-133 |
| Atlantic Recording Corporation | Genesis | Invisible Touch | Invisible Touch (single) | 73-871 |
| Warner Bros. Records Inc. | Depeche Mode | Just Can't Get Enough | Speak & Spell | 33-212 |
| SONY BMG MUSIC ENTERTAINMENT | Savage Garden | I Want You | Savage Garden | 299-097 |
| UMG Recordings, Inc. | The Police | Every Breath You Take | Synchronicity | 44-862 |

# EXHIBIT A

**IP Address:** 70.240.120.59 2007-02-20 02:07:36 EST **CASE ID#** 118957068

**P2P Network:** GnutellaUS **Total Audio Files:** 1540

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| SONY BMG MUSIC ENTERTAINMENT | Incubus | Nowhere Fast | Make Yourself | 278-818 |
| Virgin Records America, Inc. | Shaggy | Boombastic | Boombastic | 222-048 |
| LaFace Records LLC | Usher | You Make Me Wanna | My Way | 257-730 |
| SONY BMG MUSIC ENTERTAINMENT | Savage Garden | I Knew I Loved You | Affirmation | 276-120 |
| Interscope Records | Eve | Love Is Blind | Let There Be Eve...Ruff Ryder's First Lady | 265-925 |
| SONY BMG MUSIC ENTERTAINMENT | System of a Down | Aerials | Toxicity | 301-897 |
| Arista Records LLC | Brooks & Dunn | Neon Moon | Brand New Man | 140-290 |
| Interscope Records | Limp Bizkit | Break Stuff | Significant Other | 279-827 |
| SONY BMG MUSIC ENTERTAINMENT | Mariah Carey | Whenever You Call | Butterfly | 244-014 |
| BMG Music | Kenny Chesney | For The First Time | Greatest Hits | 277-700 |

# EXHIBIT A

**IP Address:** 70.240.194.144 2007-08-22 12:35:20 EDT **CASE ID#** 139851768

**P2P Network:** GnutellaUS **Total Audio Files:** 97

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| SONY BMG MUSIC ENTERTAINMENT | Nas | Ether | Stillmatic | 305-698 |
| SONY BMG MUSIC ENTERTAINMENT | Frankie J | Obsession (No Es Amor) | The One | 377-949 |
| Fonovisa, Inc. | La Mafia | Me Estoy Enamorando | Inconfundible | 303-888 |
| SONY BMG MUSIC ENTERTAINMENT | John Mayer | Daughters | Daughters (single) | 405-307 |
| UMG Recordings, Inc. | Hoobastank | The Reason | The Reason | 339-555 |
| Arista Records LLC | Clipse | Grindin' | Lord Willin' | 321-673 |
| Arista Records LLC | Alan Jackson | Gone Country | Who I Am | 202-090 |

# EXHIBIT A

**IP Address:** 70.240.67.105 2007-02-20 03:05:34 EST **CASE ID#** 118947445

**P2P Network:** GnutellaUS **Total Audio Files:** 683

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Warner Bros. Records Inc. | Green Day | Basket Case | Dookie | 185-457 |
| UMG Recordings, Inc. | Blink-182 | Stay Together For The Kids | Take Off Your Pants And Jacket | 301-317 |
| Atlantic Recording Corporation | Bad Religion | American Jesus | Recipe for Hate | 172-147 |
| Virgin Records America, Inc. | Smashing Pumpkins | Bullet With Butterfly Wings | Mellon Collie and the Infinite Sadness | 183-904 |
| Warner Bros. Records Inc. | Red Hot Chili Peppers | Otherside | Californication | 174-922 |
| SONY BMG MUSIC ENTERTAINMENT | Mariah Carey | Always Be My Baby | Daydream | 215-243 |
| Warner Bros. Records Inc. | Disturbed | Remember | Believe | 316-958 |
| UMG Recordings, Inc. | Nirvana | Come As You Are | Nevermind | 135-335 |
| SONY BMG MUSIC ENTERTAINMENT | System of a Down | Needles | Toxicity | 301-897 |

# EXHIBIT A

**IP Address:** 70.247.115.226 2007-08-21 21:59:25 EDT **CASE ID#** 139791475

**P2P Network:** GnutellaUS **Total Audio Files:** 195

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| UMG Recordings, Inc. | 3 Doors Down | Live For Today | Seventeen Days | 368-870 |
| Warner Bros. Records Inc. | Disturbed | Intoxication | Believe | 316-958 |
| UMG Recordings, Inc. | Hinder | Better Than Me | Extreme Behavior | 379-192 |
| UMG Recordings, Inc. | Guns N Roses | Paradise City | Appetite for Destruction | 85-358 |
| UMG Recordings, Inc. | Hoobastank | The Reason | The Reason | 339-555 |
| UMG Recordings, Inc. | 3 Doors Down | Away from the Sun | Away from the Sun | 347-346 |
| UMG Recordings, Inc. | Papa Roach | Scars | Getting Away With Murder | 360-567 |
| UMG Recordings, Inc. | 3 Doors Down | Kryptonite | The Better Life | 277-407 |
| SONY BMG MUSIC ENTERTAINMENT | Korn | Twist | Life is Peachy | 230-571 |
| Arista Records LLC | Alan Jackson | It Must Be Love | Under The Influence | 303-828 |

# EXHIBIT A

**IP Address:** 70.251.84.239 2007-02-09 00:06:44 EST **CASE ID#** 117669105

**P2P Network:** GnutellaUS **Total Audio Files:** 1185

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| UMG Recordings, Inc. | U2 | Sunday Bloody Sunday | War | 42-944 |
| Capitol Records, Inc. | Radiohead | Karma Police | OK Computer | 330-613 |
| BMG Music | David Gray | Babylon | White Ladder | 297-324 |
| SONY BMG MUSIC ENTERTAINMENT | Korn | Falling Away from Me | Issues | 276-133 |
| BMG Music | Dave Matthews Band | Crash Into Me | Crash | 212-572 |
| UMG Recordings, Inc. | Blink-182 | Stay Together For The Kids | Take Off Your Pants And Jacket | 301-317 |
| UMG Recordings, Inc. | Nirvana | Polly | Nevermind | 135-335 |

# EXHIBIT A

**IP Address:** 71.134.53.192 2007-08-22 21:48:10 EDT

**CASE ID#** 139893464

**P2P Network:** GnutellaUS

**Total Audio Files:** 538

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Elektra Entertainment Group Inc. | Eagles | Hotel California | Hotel California | N38950 |
| Arista Records LLC | Whitney Houston | It's Not Right But It's Okay | My Love is Your Love | 298-453 |
| Capitol Records, Inc. | Duran Duran | Reflex | Seven and the Ragged Tiger | 53-971 |
| BMG Music | Kelly Clarkson | Because Of You | Breakaway | 352-147 |
| UMG Recordings, Inc. | Melissa Etheridge | The Letting Go | Never Enough | 140-392 |
| Capitol Records, Inc. | Blondie | One Way Or Another | Parallel Lines | 4-090 |
| SONY BMG MUSIC ENTERTAINMENT | Wham | Last Christmas | Music From The Edge Of Heaven | 71-701 |
| UMG Recordings, Inc. | The Gap Band | Early In The Morning | Gap Band IV | 36-081 |
| Warner Bros. Records Inc. | Madonna | Lucky Star | Madonna | 46-877 |
| Elektra Entertainment Group Inc. | The Cars | Drive | Heartbeat City | 52-759 |

# EXHIBIT A

**IP Address:** 71.146.129.178 2007-08-20 23:11:48 EDT **CASE ID#** 139679540

**P2P Network:** GnutellaUS **Total Audio Files:** 392

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Capitol Records, Inc. | Maze | Golden Time of Day | Golden Time Of Day | 7-973 |
| SONY BMG MUSIC ENTERTAINMENT | Luther Vandross | Love Won't Let Me Wait | Any Love | 99-406 |
| BMG Music | Evelyn King | Love Come Down | Get Loose | 41-907 |
| Warner Bros. Records Inc. | Green Day | Warning | Warning | 288-352 |
| UMG Recordings, Inc. | Aerosmith | Cryin' | Get A Grip | 153-061 |
| SONY BMG MUSIC ENTERTAINMENT | Bruce Springsteen | Glory Days | Born In The U.S.A. | 55-647 |
| Priority Records LLC | NWA | Automobile | Efil4zaggin' | 137-627 |
| SONY BMG MUSIC ENTERTAINMENT | Gloria Estefan | Don't Wanna Lose You | Cuts Both Ways | 107-742 |
| BMG Music | Jeffrey Osborne | Love Ballad | That's For Sure | 279-755 |

# EXHIBIT A

**IP Address:** 71.149.241.149 2007-02-20 01:45:24 EST **CASE ID#** 118941193

**P2P Network:** GnutellaUS **Total Audio Files:** 83

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| SONY BMG MUSIC ENTERTAINMENT | Mariah Carey | Fantasy | Daydream | 215-243 |
| UMG Recordings, Inc. | Vanessa Carlton | Sway | Be Not Nobody | 313-943 |
| Elektra Entertainment Group Inc. | Keith Sweat | Nobody | Keith Sweat | 226-496 |
| Warner Bros. Records Inc. | Pat Metheny | Follow Me | Imaginary Day | 243-043 |
| UMG Recordings, Inc. | Musiq | Musiq Soulchild | Aijuswanaseing | 291-528 |
| Arista Records LLC | Air Supply | Now And Forever | Now And Forever | 37-592 |
| Motown Record Company, L.P. | Erykah Badu | My Life | Mama's Gun | 295-614 |
| BMG Music | Christina Aguilera | Come On Over (All I Want Is You) | Christina Aguilera | 274-004 |
| UMG Recordings, Inc. | Musiq | Dontchange | Juslisen | 308-859 |

# EXHIBIT A

**IP Address:** 75.12.119.72 2007-02-12 05:05:05 EST **CASE ID#** 118031029

**P2P Network:** AresWarezUS **Total Audio Files:** 105

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Arista Records LLC | Westlife | More Than Words | Westlife | 284-150 |
| Motown Record Company, L.P. | 98 Degrees | If She Only Knew | 98 Degrees & Rising | 237-315 |
| Warner Bros. Records Inc. | Faith Hill | Cry | Cry | 321-377 |
| SONY BMG MUSIC ENTERTAINMENT | Celine Dion | My Heart Will Go On | Let's Talk About Love | 248-109 |
| SONY BMG MUSIC ENTERTAINMENT | Mariah Carey | Without You | Music Box | 178-631 |
| SONY BMG MUSIC ENTERTAINMENT | Mariah Carey | Forever | Daydream | 215-243 |

# EXHIBIT A

**IP Address:** 75.16.157.155 2007-02-20 09:09:08 EST **CASE ID#** 118981781

**P2P Network:** GnutellaUS **Total Audio Files:** 501

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| UMG Recordings, Inc. | U2 | Beautiful Day | All That You Can't Leave Behind | 294-631 |
| UMG Recordings, Inc. | U2 | I Still Haven't Found What I'm Looking For | The Joshua Tree | 78-949 |
| UMG Recordings, Inc. | Soft Cell | Tainted Love | Non-Stop Erotic Cabaret | 32-408 |
| Elektra Entertainment Group Inc. | The Cure | Just Like Heaven | Kiss Me, Kiss Me, Kiss Me | 82-714 |
| Warner Bros. Records Inc. | Van Halen | Hot for Teacher | 1984 (MCMLXXXIV) | 52-319 |
| Warner Bros. Records Inc. | Depeche Mode | Just Can't Get Enough | Speak & Spell | 33-212 |
| UMG Recordings, Inc. | U2 | Sunday Bloody Sunday | War | 42-944 |
| Warner Bros. Records Inc. | Devo | Whip It | Freedom of Choice | 17-936 |
| Capitol Records, Inc. | Duran Duran | Reflex | Seven and the Ragged Tiger | 53-971 |
| UMG Recordings, Inc. | Scorpions | Still Loving You | Love At First Sting | 54-748 |

# EXHIBIT A

**IP Address:** 75.18.161.28 2007-08-22 00:54:14 EDT **CASE ID#** 139798067

**P2P Network:** GnutellaUS **Total Audio Files:** 413

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| SONY BMG MUSIC ENTERTAINMENT | The Ataris | The Boys of Summer | So Long, Astoria | 332-822 |
| Arista Records LLC | Brooks & Dunn | Rock My World | Hard Workin' Man | 168-005 |
| UMG Recordings, Inc. | Lifehouse | You And Me | Lifehouse | 370-643 |
| BMG Music | Natalie Imbruglia | Torn | Left of the Middle | 246-607 |
| BMG Music | Brad Paisley | She's Everything | Time Well Wasted | 366-007 |
| UMG Recordings, Inc. | The All-American Rejects | Can't Take It | Move Along | 374-412 |
| SONY BMG MUSIC ENTERTAINMENT | Crossfade | Colors | Crossfade | 354-126 |
| Warner Bros. Records Inc. | Michael Buble | Home | Home (single) | 370-204 |
| Arista Records LLC | Monica | Angel of Mine | The Boy is Mine | 263-982 |
| SONY BMG MUSIC ENTERTAINMENT | Dixie Chicks | Hello Mr. Heartache | Fly | 275-086 |

## EXHIBIT A

**IP Address:** 75.21.168.118 2007-02-20 08:19:46 EST **CASE ID#** 118977388

**P2P Network:** GnutellaUS **Total Audio Files:** 149

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Virgin Records America, Inc. | Lenny Kravitz | It Ain't Over 'Til It's Over | Mama Said | 128-345 |
| Arista Records LLC | Santana | Smooth | Supernatural | 289-833 |
| SONY BMG MUSIC ENTERTAINMENT | Mariah Carey | My All | Butterfly | 244-014 |
| UMG Recordings, Inc. | LL Cool J | I Need Love | Bigger And Deffer | 83-510 |
| Arista Records LLC | Ace of Base | All That She Wants | The Sign | 169-749 |
| Warner Bros. Records Inc. | Seal | Kiss From A Rose | Seal | 194-147 |
| Elektra Entertainment Group Inc. | LSG | Curious | Levert, Sweat, Gill | 252-131 |
| SONY BMG MUSIC ENTERTAINMENT | Savage Garden | Truly Madly Deeply | Savage Garden | 299-097 |

# EXHIBIT A

**IP Address:** 75.21.195.112 2007-02-20 06:48:03 EST **CASE ID#** 118969681

**P2P Network:** GnutellaUS **Total Audio Files:** 527

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Warner Bros. Records Inc. | Van Halen | On Fire | Van Halen | 239 |
| UMG Recordings, Inc. | Bon Jovi | Wanted Dead Or Alive | Slippery When Wet | 71-794 |
| SONY BMG MUSIC ENTERTAINMENT | Incubus | New Skin | SCIENCE | 249-690 |
| BMG Music | Dave Matthews Band | Crash Into Me | Crash | 212-572 |
| UMG Recordings, Inc. | Nirvana | All Apologies | In Utero | 172-276 |
| SONY BMG MUSIC ENTERTAINMENT | System of a Down | Toxicity | Toxicity | 301-897 |
| UMG Recordings, Inc. | U2 | Sunday Bloody Sunday | War | 42-944 |
| UMG Recordings, Inc. | U2 | Where The Streets Have No Name | The Joshua Tree | 78-949 |
| Warner Bros. Records Inc. | Green Day | Blood, Sex and Booze | Warning | 288-352 |
| SONY BMG MUSIC ENTERTAINMENT | Incubus | Nice to Know You | Morning View | 306-181 |

# EXHIBIT A

**IP Address:** 75.21.82.185 2007-02-15 07:06:59 EST **CASE ID#** 118409927

**P2P Network:** GnutellaUS **Total Audio Files:** 1017

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Warner Bros. Records Inc. | Red Hot Chili Peppers | Californication | Californication | 174-922 |
| Virgin Records America, Inc. | Smashing Pumpkins | Bullet With Butterfly Wings | Mellon Collie and the Infinite Sadness | 183-904 |
| Capitol Records, Inc. | Radiohead | Creep | Pablo Honey | 190-976 |
| Capitol Records, Inc. | Radiohead | Paranoid Android | OK Computer | 330-613 |
| SONY BMG MUSIC ENTERTAINMENT | Cheap Trick | Dream Police | Dream Police (single) | 13-448 |
| UMG Recordings, Inc. | U2 | With or Without You | The Joshua Tree | 78-949 |
| Capitol Records, Inc. | Radiohead | Fake Plastic Trees | The Bends | 280-260 |

# EXHIBIT A

**IP Address:** 75.21.82.185 2007-02-15 07:09:32 EST **CASE ID#** 118410239

**P2P Network:** GnutellaUS **Total Audio Files:** 1017

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| UMG Recordings, Inc. | Beastie Boys | Brass Monkey | Licensed To Ill | 79-470 |
| Capitol Records, Inc. | Radiohead | Paranoid Android | OK Computer | 330-613 |
| SONY BMG MUSIC ENTERTAINMENT | Cheap Trick | The Flame | Lap Of Luxury | 92-100 |
| Warner Bros. Records Inc. | Red Hot Chili Peppers | Californication | Californication | 174-922 |
| Virgin Records America, Inc. | Smashing Pumpkins | Bullet With Butterfly Wings | Mellon Collie and the Infinite Sadness | 183-904 |
| UMG Recordings, Inc. | U2 | With or Without You | The Joshua Tree | 78-949 |
| SONY BMG MUSIC ENTERTAINMENT | Cheap Trick | Dream Police | Dream Police (single) | 13-448 |

# EXHIBIT A

**IP Address:** 75.22.29.155 2007-02-20 07:57:15 EST **CASE ID#** 118975574

**P2P Network:** GnutellaUS **Total Audio Files:** 157

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| BMG Music | Clint Black | Something That We Do | D' Lectrified | 270-778 |
| SONY BMG MUSIC ENTERTAINMENT | Will Smith | Miami | Big Willie Style | 249-123 |
| BMG Music | Clint Black | A Good Run Of Bad Luck | No Time to Kill | 168-535 |
| SONY BMG MUSIC ENTERTAINMENT | Michael Jackson | Human Nature | Thriller | 41-965 |
| Capitol Records, Inc. | Bob Seger | Still the Same | Still the Same (single) | 5-635 |
| Atlantic Recording Corporation | Genesis | Hold on My Heart | We Can't Dance | 172-581 |
| Capitol Records, Inc. | Bob Seger | Against the Wind | Against the Wind | 17-910 |
| SONY BMG MUSIC ENTERTAINMENT | Michael Jackson | Man In The Mirror | Bad | 84-256 |
| SONY BMG MUSIC ENTERTAINMENT | Cyndi Lauper | Time After Time | She's So Unusual | 50-827 |
| Arista Records LLC | Brooks & Dunn | Neon Moon | Brand New Man | 140-290 |

# EXHIBIT A

**IP Address:** 75.23.43.124 2007-08-21 01:25:03 EDT **CASE ID#** 139687384

**P2P Network:** AresWarezUS **Total Audio Files:** 265

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| UMG Recordings, Inc. | George Strait | Texas | Somewhere Down In Texas | 372-131 |
| Capitol Records, Inc. | Technotronic | Pump Up The Jam | Pump Up The Jam | 111-258 |
| UMG Recordings, Inc. | The All-American Rejects | Move Along | Move Along | 374-412 |
| BMG Music | Foo Fighters | Best of You | In Your Honor | 377-762 |
| Zomba Recording LLC | Three Days Grace | I Hate Everything About You | Three Days Grace | 338-429 |
| Warner Bros. Records Inc. | Faith Hill | Me | Faith | 253-752 |
| BMG Music | Martina McBride | God's Will | Martina | 333-553 |
| UMG Recordings, Inc. | Weezer | Island in the Sun | Weezer (Green Album) | 297-030 |
| Virgin Records America, Inc. | UB40 | Red Red Wine | Labour of Love | 49-244 |
| Capitol Records, Inc. | MC Hammer | U Can't Touch This | Please Hammer, Don't Hurt 'Em | 133-683 |

# EXHIBIT A

**IP Address:** 75.31.243.32 2007-02-20 01:15:29 EST **CASE ID#** 118938411

**P2P Network:** GnutellaUS **Total Audio Files:** 166

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| LaFace Records LLC | TLC | Diggin' On You | CrazySexyCool | 198-743 |
| Atlantic Recording Corporation | Changing Faces | That Other Woman | Visit Me | 311-800 |
| Virgin Records America, Inc. | Janet Jackson | Rope Burn | The Velvet Rope | 261-516 |
| UMG Recordings, Inc. | Mary J. Blige | No More Drama | No More Drama | 301-461 |
| LaFace Records LLC | TLC | Unpretty | Fanmail | 298-454 |
| Elektra Entertainment Group Inc. | Tamia | Stranger In My House | A Nu Day | 293-084 |
| Atlantic Recording Corporation | Craig David | 7 Days | Born To Do It | 303-747 |
| UMG Recordings, Inc. | Mary J. Blige | Our Love | Share My World | 238-818 |

# EXHIBIT A

**IP Address:** 75.35.243.212 2007-02-20 01:26:11 EST **CASE ID#** 118940519

**P2P Network:** GnutellaUS **Total Audio Files:** 2862

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| LaFace Records LLC | TLC | Waterfalls | CrazySexyCool | 198-743 |
| UMG Recordings, Inc. | Jay-Z | Takeover | The Blueprint | 301-441 |
| SONY BMG MUSIC ENTERTAINMENT | Maxwell | Lifetime | Now | 302-599 |
| Interscope Records | Truth Hurts | Addictive | Truthfully Speaking | 317-059 |
| SONY BMG MUSIC ENTERTAINMENT | Jessica Simpson | I Wanna Love You Forever | Sweet Kisses | 276-117 |
| SONY BMG MUSIC ENTERTAINMENT | Destiny's Child | Nasty Girl | Survivor | 289-199 |
| SONY BMG MUSIC ENTERTAINMENT | Sade | Why Can't We Live Together | Diamond Life | 69-105 |
| Interscope Records | Mya | Case Of The Ex | Fear Of Flying | 279-309 |

# EXHIBIT A

**IP Address:** 75.45.12.130 2007-08-19 22:58:32 EDT **CASE ID#** 139604721

**P2P Network:** GnutellaUS **Total Audio Files:** 95

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| UMG Recordings, Inc. | Nelly Furtado | Promiscuous | Promiscuous (single) | 391-618 |
| UMG Recordings, Inc. | Sugarland | Baby Girl | Baby Girl (single) | 360-650 |
| BMG Music | Martina McBride | My Baby Loves Me | The Way That I Am | 171-963 |
| SONY BMG MUSIC ENTERTAINMENT | Miranda Lambert | Kerosene | Kerosene | 367-710 |
| Capitol Records, Inc. | Selena | I Could Fall in Love | Dreaming of You | 210-307 |
| LaFace Records LLC | Toni Braxton | How Could An Angel Break My Heart | Secrets | 233-892 |
| Virgin Records America, Inc. | Spice Girls | 2 Become 1 | Spice | 201-276 |
| UMG Recordings, Inc. | Hinder | Lips of an Angel | Extreme Behavior | 379-192 |
| UMG Recordings, Inc. | Black Eyed Peas | Don't Phunk With My Heart | Monkey Business | 378-166 |
| UMG Recordings, Inc. | Guns N Roses | Paradise City | Appetite for Destruction | 85-358 |

# EXHIBIT A

**IP Address:** 75.59.158.22 2007-02-18 16:40:02 EST

**CASE ID#** 118775766

**P2P Network:** GnutellaUS

**Total Audio Files:** 387

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| UMG Recordings, Inc. | Ja Rule | Between Me And You | Between Me and You (single) | 293-536 |
| Atlantic Recording Corporation | Genesis | Burning Rope | And Then There Were Three | 2-105 |
| Atlantic Recording Corporation | Genesis | No Reply | No Reply At All (single) | 29-532 |
| SONY BMG MUSIC ENTERTAINMENT | Celine Dion | The Power of Love | The Colour of My Love | 191-558 |
| Virgin Records America, Inc. | Gary Moore | Still Got The Blues | Still Got the Blues | 120-442 |
| BMG Music | George Winston | Carol Of The Bells | December | 42-427 |
| SONY BMG MUSIC ENTERTAINMENT | The Fugees | Ready Or Not | The Score | 222-005 |
| SONY BMG MUSIC ENTERTAINMENT | Good Charlotte | The Anthem | The Young and the Hopeless | 309-099 |
| UMG Recordings, Inc. | LL Cool J | Around The Way Girl | Mama Said Knock You Out | 123-555 |
| UMG Recordings, Inc. | Ludacris | Roll Out | Roll Out (single) | 303-066 |

# EXHIBIT A

**IP Address:** 76.212.200.222 2007-08-22 00:14:48 EDT **CASE ID#** 139795747

**P2P Network:** GnutellaUS **Total Audio Files:** 513

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Atlantic Recording Corporation | P.O.D. | Boom | Satellite | 303-757 |
| Fonovisa, Inc. | Marco Antonio Solis | Tu Hombre Perfecto | Mas De Mi Alma | 271-557 |
| UMG Recordings, Inc. | Whitesnake | Is This Love | Whitesnake | 82-749 |
| UMG Recordings, Inc. | Guns N Roses | Paradise City | Appetite for Destruction | 85-358 |
| UMG Recordings, Inc. | Blink-182 | First Date | Take Off Your Pants And Jacket | 301-317 |
| UMG Recordings, Inc. | Bon Jovi | Wanted Dead Or Alive | Slippery When Wet | 71-794 |
| Elektra Entertainment Group Inc. | The Cars | Drive | Heartbeat City | 52-759 |
| Interscope Records | Dr. Dre, Snoop Dogg, & Nate Dogg | Next Episode | 2001 | 277-983 |
| UMG Recordings, Inc. | Sheryl Crow | Leaving Las Vegas | Tuesday Night Music Club | 209-823 |
| SONY BMG MUSIC ENTERTAINMENT | Incubus | Talk Shows on Mute | A Crow Left of the Murder | 361-477 |

# EXHIBIT A

**IP Address:** 76.214.161.182 2007-02-20 06:19:33 EST

**CASE ID#** 118967100

**P2P Network:** GnutellaUS

**Total Audio Files:** 163

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| UMG Recordings, Inc. | Nelly | Country Grammer | Country Grammar (single) | 280-701 |
| SONY BMG MUSIC ENTERTAINMENT | Korn | Falling Away from Me | Issues | 276-133 |
| Atlantic Recording Corporation | Phil Collins | In The Air Tonight | Face Value | 24-682 |
| BMG Music | Foo Fighters | Learn To Fly | There Is Nothing Left To Lose | 285-034 |
| UMG Recordings, Inc. | Bloodhound Gang | Along Comes Mary | Hooray For Boobies | 278-185 |
| UMG Recordings, Inc. | Rob Zombie | Dragula | Hellbilly Deluxe | 257-901 |
| UMG Recordings, Inc. | Aqua | Barbie Girl | Barbie Girl (single) | 240-665 |
| SONY BMG MUSIC ENTERTAINMENT | Korn | Freak On a Leash | Follow the Leader | 263-749 |
| BMG Music | Dave Matthews Band | Angel | Everyday | 300-313 |

# EXHIBIT A

**IP Address:** 76.223.223.173 2007-08-21 23:16:20 EDT **CASE ID#** 139792015

**P2P Network:** GnutellaUS **Total Audio Files:** 309

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Capitol Records, Inc. | Norah Jones | Come Away with Me | Come Away With Me | 320-120 |
| Elektra Entertainment Group Inc. | Natalie Merchant | Carnival | Tigerlily | 215-762 |
| SONY BMG MUSIC ENTERTAINMENT | Dixie Chicks | Cowboy Take Me Away | Fly | 275-086 |
| Motown Record Company, L.P. | Lionel Richie | Say You Say Me | Dancing On The Ceiling | 76-527 |
| BMG Music | Dave Matthews Band | Grace is Gone | Busted Stuff | 321-902 |
| UMG Recordings, Inc. | 50 Cent | This Is 50 | The Massacre | 366-051 |
| SONY BMG MUSIC ENTERTAINMENT | Billy Joel | Piano Man | Piano Man | N12214 |
| Warner Bros. Records Inc. | Michael Buble | You Don't Know Me | It's Time | 370-205 |
| UMG Recordings, Inc. | Tom Petty | I Won't Back Down | Full Moon Fever | 103-541 |

# EXHIBIT A

**IP Address:** 76.243.195.214 2007-08-19 22:59:39 EDT **CASE ID#** 139604735

**P2P Network:** GnutellaUS **Total Audio Files:** 681

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Warner Bros. Records Inc. | Goo Goo Dolls | Slide | Dizzy Up the Girl | 246-538 |
| UMG Recordings, Inc. | Keane | Somewhere Only We Know | Hopes and Fears | 355-429 |
| UMG Recordings, Inc. | Vanessa Carlton | A Thousand Miles | A Thousand Miles (single) | 306-656 |
| Capitol Records, Inc. | Keith Urban | Somebody Like You | Golden Road | 323-344 |
| UMG Recordings, Inc. | The Killers | Smile Like You Mean It | Hot Fuss | 355-962 |
| UMG Recordings, Inc. | Shania Twain | Any Man of Mine | The Woman in Me | 207-884 |
| UMG Recordings, Inc. | Counting Crows | Round Here | August and Everything After | 172-267 |
| Capitol Records, Inc. | Yellowcard | Ocean Avenue | Ocean Avenue | 343-413 |
| Warner Bros. Records Inc. | Madonna | Like a Virgin | Like a Virgin (single) | 58-389 |