```
FILED
07 DEC 17 PM 4:22
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY
```

1  Jonathan G. Fetterly (State Bar No. 228612)
   HOLME ROBERTS & OWEN LLP
2  777 South Figueroa Street, Suite 2800
   Los Angeles, CA 90017-5826
3  Telephone:  (213) 572-4300
   Facsimile:  (213) 572-4400
4  E-mail: jon.fetterly@hro.com
   Attorney for Plaintiffs
5  ARISTA RECORDS LLC; ATLANTIC RECORDING
   CORPORATION; BMG MUSIC; CAPITOL
6  RECORDS, INC.; ELEKTRA ENTERTAINMENT
   GROUP INC.; FONOVISA, INC.; INTERSCOPE
7  RECORDS; LAFACE RECORDS LLC; MAVERICK
   RECORDING COMPANY; MOTOWN RECORD
8  COMPANY, L.P.; PRIORITY RECORDS LLC;
   SONY BMG MUSIC ENTERTAINMENT; UMG
9  RECORDINGS, INC.; VIRGIN RECORDS
   AMERICA, INC.; WARNER BROS. RECORDS INC.;
10 and ZOMBA RECORDING LLC

11                UNITED STATES DISTRICT COURT  **07 CV 2357 LAB POR**
12                SOUTHERN DISTRICT OF CALIFORNIA

13 ARISTA RECORDS LLC, a Delaware limited      | Case No. _____
   liability company; ATLANTIC RECORDING       |
14 CORPORATION, a Delaware corporation; BMG    |
   MUSIC, a New York general partnership;      | ***EX PARTE*** **APPLICATION FOR**
15 CAPITOL RECORDS, INC., a Delaware           | **LEAVE TO TAKE IMMEDIATE**
   corporation; ELEKTRA ENTERTAINMENT          | **DISCOVERY**
16 GROUP INC., a Delaware corporation;         |
   FONOVISA, INC., a California corporation;   |
17 INTERSCOPE RECORDS, a California general    |
   partnership; LAFACE RECORDS LLC, a          |
18 Delaware limited liability company;         |
   MAVERICK RECORDING COMPANY, a               |
19 California joint venture; MOTOWN RECORD     |
   COMPANY, L.P., a California limited         |
20 partnership; PRIORITY RECORDS LLC, a        |
   California limited liability company; SONY  |
21 BMG MUSIC ENTERTAINMENT, a Delaware         |
   general partnership; UMG RECORDINGS, INC.,  |
22 a Delaware corporation; VIRGIN RECORDS      |
   AMERICA, INC., a California corporation;    |
23 WARNER BROS. RECORDS INC., a Delaware       |
   corporation; and ZOMBA RECORDING LLC, a     |
24 Delaware limited liability company,         |
                          Plaintiffs,         |
25         v.                                  |
   DOES 1 - 43,                                |
26                        Defendants.         |
27
28

Plaintiffs, through their undersigned counsel, pursuant to Federal Rules of Civil Procedure 26 and 45, the Declaration of Carlos Linares, and the authorities cited in the supporting Memorandum of Law, hereby apply *ex parte* for an Order permitting Plaintiffs to take immediate discovery.

In support thereof, Plaintiffs represent as follows:

1. Plaintiffs, record companies who own the copyrights in the most popular sound recordings in the United States, seek leave of the Court to serve limited, immediate discovery on a third party Internet Service Provider ("ISP") to determine the true identities of Doe Defendants, who are being sued for direct copyright infringement.

2. As alleged in the complaint, the Doe Defendants, without authorization, used an online media distribution system to download Plaintiffs' copyrighted works and/or distribute copyrighted works to the public. Although Plaintiffs do not know the true names of the Doe Defendants, Plaintiffs have identified each Defendant by a unique Internet Protocol ("IP") address assigned to that Defendant on the date and time of that Defendant's infringing activity.

3. Plaintiffs intend to serve a Rule 45 subpoena on the ISP seeking documents that identify each Defendant's true name, current (and permanent) addresses and telephone numbers, e-mail addresses, and Media Access Control ("MAC") addresses. Without this information, Plaintiffs cannot identify the Doe Defendants or pursue their lawsuit to protect their copyrighted works from repeated infringement.

4. Good cause exists to allow Plaintiffs to conduct this limited discovery in advance of a Rule 26(f) conference where there are no known defendants with whom to confer.

///
///
///
///
///
///
///

1

*EX PARTE* APPLICATION FOR LEAVE TO TAKE IMMEDIATE DISCOVERY

WHEREFORE, Plaintiffs apply *ex parte* for an Order permitting Plaintiffs to conduct the foregoing requested discovery immediately.

Dated:   December 14, 2007

JONATHAN G. FETTERLY
HOLME ROBERTS & OWEN LLP

By: _____
Jonathan G. Fetterly
Attorney for Plaintiffs
ARISTA RECORDS LLC; ATLANTIC RECORDING CORPORATION; BMG MUSIC; CAPITOL RECORDS, INC.; ELEKTRA ENTERTAINMENT GROUP INC.; FONOVISA, INC.; INTERSCOPE RECORDS; LAFACE RECORDS LLC; MAVERICK RECORDING COMPANY; MOTOWN RECORD COMPANY, L.P.; PRIORITY RECORDS LLC; SONY BMG MUSIC ENTERTAINMENT; UMG RECORDINGS, INC.; VIRGIN RECORDS AMERICA, INC.; WARNER BROS. RECORDS INC.; and ZOMBA RECORDING LLC